IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00821-BO-RN

FLOSSIE WILSON,                          )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )        ORDER FOR PAYMENT OF
                                         )        ATTORNEY FEES UNDER THE
KILOLO KIJAKAZI,                         )        EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security,  )
                                         )
                    Defendant.           )
_____)

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $4,900.00, in full satisfaction of any and all claims arising under the Equal Access to

Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset

Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of

Martin, Jones and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390,

Charlotte, NC 28217, in accordance with Plaintiff's assignment to her attorney of her right to

payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this _____ day of November, 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE